UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  04CR2452-DMS-01 |
| ) | |
| Plaintiff, ) | DATE:  JANUARY 8, 2010 |
| v. ) | TIME:  10:00 A.M. |
| ) | |
| ) | |
| **JOHN GUERRERO,** ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

FOR GOOD CAUSE SHOWN the sentencing hearing date for defendant, John Guerrero, be continued from January 8, 2010 at 10:00 a.m. to February 5, 2010 at 10:00 a.m., or such other time as convenient for the Court.  Mr. Guerrero currently is in custody.

SO ORDERED.

DATED: January 6, 2010

_____
HON. DANA M. SABRAW
United States District Judge